UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM HARJU COUNTY COURT OF TALLINN, ESTONIA IN THE MATTER OF ENVESTIO SI OÜ BANKRUPTCY PROCEEDING | Case No.  22-mc-80099-AGT<br><br>**ORDER TO REASSIGN CASE** |

The United States has moved to compel Payward, Inc., to comply with a subpoena issued under 28 U.S.C. § 1782(a). *See* Dkt. 4. The subpoena seeks documents from Payward for use in a judicial proceeding in Estonia.

The United States's motion to compel "discovery pursuant to § 1782" is a dispositive motion. *CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022). The undersigned cannot resolve the motion unless all parties consent to magistrate-judge jurisdiction. *See id.* at 807–08; *see also* 28 U.S.C. § 636. Payward hasn't appeared and consented, so the Clerk of the Court must reassign this case to a district judge for further proceedings.

**IT IS SO ORDERED.**

Dated: July 15, 2022

Alex G. Tse
United States Magistrate Judge